**Nan Yan HUANG, Plaintiff–Appellant,**

v.

**ELMHURST HOSPITAL, Hollis Wood Hospital, Gracie Square Hospital, National Envelope's Independent Group, Brenner Paper Products Co. Independent Group, All Digital Technique Monopoly Holders.  Defendants–Appellees.**

**No.  03–7840.**

United States Court of Appeals,
Second Circuit.

Aug. 18, 2004.

Nan Yan Huang, Elmhurst, NY, for Appellant, pro se.

On submission (Kathleen S. Commander, Carlucci & Giardina, LLP, New York, NY, on letter brief), for Appellee Gracie Square Hospital.

On submission (Steven J. Lowenthal, Heidell, Pittoni, Murphy & Bach, LLP,

New York, NY, on letter brief), for Appellee Holliswood Hospital.

On submission (Jane L. Gordon, Senior Counsel, Corporation Counsel of the City of New York, on letter brief), for Appellee Elmhurst Hospital.

On submission (Lionel G. Hest, Fulbright & Jaworski LLP, New York, NY, on letter brief), for Appellee National Envelope Co.

PRESENT: Hon. DENNIS JACOBS, Hon. BARRINGTON D. PARKER, and Hon. PETER W. HALL, Circuit Judges.

### SUMMARY ORDER

Nan Yan Huang appeals from a July 18, 2003 judgment entered by the United States District Court for the Eastern District of New York (Johnson, *J.*), dismissing her complaint as frivolous. Familiarity is assumed as to the facts, the procedural context, and the specification of appellate issues. Appearances by appellees are limited to denying service of the summons and complaint or the appellant's brief, or both.

We affirm for substantially the reasons stated by the district court.

For the reasons set forth above, the judgment of the district court is hereby AFFIRMED.